**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NEAL PRESTON, Plaintiff, on behalf of himself and a class of similarly situated individuals, Plaintiff,<br><br>v.<br><br>Client Services, Inc., Defendant. | Case No.: 1:18-cv-05600<br><br>Honorable Judge Charles P. Kocoras |

## **STIPULATION OF DISMISSAL**

NOW COMES the Plaintiff, NEAL PRESTON ("Plaintiff"), by and through her attorney, James C. Vlahakis, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with the consent of Defendant CLIENT SERVICES, INC. ("CSI"), and in his individual capacity hereby dismisses Count III of his Complaint against the CSI with prejudice. The filing of this Stipulation will resolve the pending motion for judgment on the pleading, Dkt. 41 and a motion to extend time to respond to Dkt. 41 (see Motion to For Extension of Time, Dkt. 46, noticed for 9/6/18).

Respectfully Submitted,

*/s/ James C. Vlahakis*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 581-5456
jvlahakis@sulaimanlaw.com
*Counsel for Plaintiff*

/s/ Daniel E. Tranen
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
101 West Vandalia Street, Suite 220
Edwardsville, Illinois 62025
(618) 307-4895
daniel.tranen@wilsonelser.com

## **PROOF OF FILING/CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2018, I electronically filed the above-referenced Stipulation with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all parties of record.

*/s/ James C. Vlahakis*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 581-5456
jvlahakis@sulaimanlaw.com
*Counsel for Plaintiff*